*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  January 29, 2015            D-12-15
_____

In the Matter of EDWARD S.
   COOPER, an Attorney.
                                        MEMORANDUM AND ORDER
(Attorney Registration No. 2842235)          ON MOTION
_____


Calendar Date:  December 22, 2014

Before:  Garry, J.P., Rose, Lynch and Clark, JJ.

                    _____


     Monica A. Duffy, Committee on Professional Standards,
Albany (Alison M. Coan of counsel), for Committee on Professional
Standards.

     Edward S. Cooper, Linden, New Jersey, pro se.


                    _____


Per Curiam.

     Edward S. Cooper was admitted to practice by this Court in
1997.  He was previously admitted in New Jersey in 1989, where he
currently maintains an office for the practice of law.

     By order dated July 11, 2014, the Supreme Court of New
Jersey publicly reprimanded Cooper upon his execution of a
stipulation of discipline by consent.  Cooper had admitted to a
violation of three Rules of Professional Conduct by failing to
safeguard the property of a third party, failing to notify the
third party of his receipt of said property and knowingly
disobeying an obligation set forth in a court judgment.  Cooper
has not filed a copy of the order of the Supreme Court of New
Jersey with this Court (see Rules of App Div, 3d Dept [22 NYCRR]
§ 806.19 [b]).

The Committee on Professional Standards now moves to impose discipline upon respondent pursuant to the rules of this Court (see Rules of App Div, 3d Dept [22 NYCRR] § 806.19 [a], [c]). Cooper has responded by affidavit in mitigation and/or defense sworn to December 15, 2014, and the Committee has replied by affidavit sworn to December 23, 2014.

We grant the Committee's motion and further conclude that, under the circumstances presented and in the interest of justice, Cooper should be suspended from the practice of law for 90 days (see Matter of Kain, 64 AD3d 992, 992-993 [2009]; see generally Matter of Marshall, 67 AD3d 1122, 1123 [2009]).

Garry, J.P., Rose, Lynch and Clark, JJ., concur.

ORDERED that the motion of the Committee on Professional Standards is granted; and it is further

ORDERED that Edward S. Cooper is suspended from the practice of law for a period of 90 days, effective immediately, and until further order of this Court; and it is further

ORDERED that, for the period of suspension, Edward S. Cooper is commanded to desist and refrain from the practice of law in any form, either as principal or as agent, clerk or employee of another; and Cooper is forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto; and it is further

ORDERED that Edward S. Cooper shall comply with the provisions of this Court's rules regulating the conduct of suspended attorneys (see Rules of the App Div, 3d Dept [22 NYCRR] § 806.9).

ENTER:

Robert D. Mayberger
Clerk of the Court